IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: October 28, 2013 |
| Court Reporter: Gwen Daniel | Probation: Laura Ansart |

_____

Criminal Action No.  12-cr-00262-WJM           <u>Counsel:</u>

UNITED STATES OF AMERICA,                     Mark H. Dubester

    Plaintiff,

v.

1.  JONATHAN HIGHTOWER,                       Robert S. Sobel

    Defendant.

_____

### COURTROOM MINUTES
_____

HEARING - SENTENCING

03:50 p.m.    Court in Session

Appearances

Court's comments to Mr. Dubester

**ORDERED:  Mr. Dubester has up to and including this Friday, November 1, 2013 to submit copies of his letters to chambers**.

Defendant is present and on bond.

Oath administered to the defendant.

Colloquy between the Court and Mr. Dubester regarding the Government's Section 5K1.1 Motion For Downward Departure Based On Substantial Assistance (ECF No. 26)

Court's comments

Sentencing Statement by Mr. Dubester

Sentencing Statement by Mr. Sobel

The Court addresses the Government's Objections to Pre-Sentence Investigation Report (ECF No. 21)

**ORDERED:** **The Government's Objections to Pre-Sentence Investigation Report (ECF No. 21) are OVERRULED AS MOOT.**

**ORDERED:** **There being no objection, the Government's oral motion for an additional one-level reduction of the offense level for acceptance of responsibility is GRANTED.**

**ORDERED:** **The Government's Section 5K1.1 Motion For Downward Departure Based On Substantial Assistance (ECF No. 26) is GRANTED.**

Defendant's Allocution

> Defendant plead guilty to Count One and Count Two of the Information on August 3, 2012.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Jonathan Hightower, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 27 months on each count of conviction, to be served concurrently.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of three years on each count of conviction, to be served concurrently.**

**Within 72 hours of release from the custody of the Bureau of Prisons defendant shall report in person to the probation office in the district to which defendant is released.**

**While on supervised release, defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.**

      **The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**ORDERED:** **The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** **Special Conditions of supervised release:**

  **1.** **The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's Judgment and sentence.**

  **2.** **As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding Court-ordered financial obligation in this case.**

  **3.** **The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

**ORDERED:** **The defendant shall make restitution to the Victim, the U.S. Department of Defense, in the amount of $1,691,250.**

    **Restitution is ORDERED jointly and severally with the following defendants:**

| | | |
|---|---|---|
| **Christopher Weaver** | **12-cr-00261-MSK-01** | **$1,225,000** |
| **Stephanie Charboneau** | **13-cr-00138-PAB-01** | **$1,225,000** |
| **Bilal Kevin Abdullah** | **13-cr-00037-TBR-01** | **$ 466,250** |

**ORDERED:** **Interest on the restitution is WAIVED.**

**ORDERED:** The special assessment and restitution obligation are due immediately.  The defendant shall make payment on the restitution obligation that remains unpaid at the commencement of supervised release.

Within 60 days of release from confinement, the defendant shall meet with the probation officer to develop a plan for the payment of restitution.  This plan will be based upon the defendant's income and expenses.  The plan will be forwarded to the Court for review and approval.

**ORDERED:** The defendant shall pay a Special Assessment of $200.00, which shall be due and payable immediately.

**The Court FINDS that the defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case other than the special assessment**.

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances

The Court addresses voluntary surrender

Statement by Mr. Dubester

The Government does not object to voluntary surrender.

Statement by Mr. Sobel

Court's findings entered on the record

**The Court finds that the defendant is not likely to flee or pose a danger to the safety of any other person or the community**.

**ORDERED:** The defendant shall surrender at the institution designated by the Bureau of Prisons on Friday, November 29, 2013 at 12:00 noon.

**ORDERED:** Defendant's bond is continued, subject to the conditions of release as set forth in the Order Setting Conditions of Release.

04:40 p.m.   Court in Recess
             Hearing concluded
             Time: 50 minutes